UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AARON KEITH JONES,

    Plaintiff,

v.                                              Case No.:   6:23-cv-1714-KCD

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **ORDER**

Before the Court is the Commissioner's Unopposed Motion for Remand.[1] (Doc. 20.) The Commissioner believes that remand is appropriate to accomplish the following:

> On remand, the Commissioner will apply the sequential evaluation process for age 18 redeterminations which are the rules for adults (individuals age 18 or older) who file new applications explained in 20 C.F.R. § 416.920(c)-(h); further evaluate the prior administrative medical findings and opinion evidence; further consider the residual functional capacity; offer Plaintiff the opportunity for a hearing; take any further action needed to complete the administrative record; and issue a new decision.

(*Id*. at 1.) Plaintiff consents to the relief requested.

Under 42 U.S.C. § 405(g), the Court has the power to enter judgment, reversing and remanding a social security case for rehearing. *See Shalala v.*

---

[1] The parties consented to a magistrate judge's consideration of this motion. (Docs. 21, 22.)

*Schaefer*, 509 U.S. 292, 296-98 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 101-02 (1991). The Commissioner's request for remand is appropriate, and given Plaintiff's consent, it will be granted.

Accordingly, it is now **ORDERED**:

1. The Commissioner's Unopposed Motion for Remand (Doc. 20) is **GRANTED**.

2. The Commissioner's decision denying benefits is **REVERSED** and this case is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

3. The Clerk is **DIRECTED** to enter judgment, terminate all deadlines, deny all pending motions as moot, and close the file.

**ENTERED** in Fort Myers, Florida on December 13, 2023.

Kyle C. Dudek
United States Magistrate Judge

Copies: All Parties of Record